DUANE MORRIS LLP
A Delaware Limited Liability Partnership
By: Eric R. Breslin, Esq.
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
973-424-2000

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 07-00745-001 (SDW) |
| vs. | ) | |
| | ) | |
| ATILLA KAN | ) | |

THIS MATTER, having been opened to the Court on the application of Duane Morris LLP, counsel for Atilla Kan, and the Court having considered the matter and for good cause shown;

IT IS on this 18th day of October 2011,

ORDERED that, on November 3, 2011, Pretrial Services release to Atilla Kan his United States passport; and it is further

ORDERED that Atilla Kan return his passport to Pretrial Services no later than 4:00 p.m. on November 10, 2011, or within 24 hours of his return to the United States if he returns prior to November 9, 2011.

SO ORDERED:

_____
HON. SUSAN D. WIGENTON, U.S.D.J.